# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-331-FDW-DCK

| | |
|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Richard M. McDermott, concerning Kenneth A. Feinswog on July 18, 2019. Kenneth A. Feinswog seeks to appear as counsel *pro hac vice* for Plaintiff Global Merchandising Services, Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED** Kenneth A. Feinswog is hereby admitted *pro hac vice* to represent Plaintiff Global Merchandising Services, Ltd.

**SO ORDERED**.

Signed: July 18, 2019

David C. Keesler
United States Magistrate Judge