UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00331-FDW-DCK

| | |
|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> VARIOUS JOHN DOES, JANE DOES, and ABC COMPANIES <br><br> Defendants. | **DECLARATION OF DAVID KNISELEY IN SUPPORT OF PRELIMINARY INJUNCTION MOTION** |

I, DAVID KNISELEY, declare:

1. I have been hired by Plaintiff Global Merchandising Services, Ltd. to oversee the enforcement of the Seizure Order entered in the above-referenced matter. I submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction.

2. I have attached as Exhibit A photographs of the front and back of a shirt that has been sold by Defendants at each of the Iron Maiden concerts on their current 2019 concert tour. As the Court can see, the shirt lists all of the dates on the Iron Maiden tour which enables Defendants to sell the same shirts at all of the Iron Maiden concerts on this tour.

1

3. I have attached as Exhibit B copies of Declarations of Service relating to the Iron Maiden concerts.

Executed at _PHILADELPHIA_, _PENNSYLVANIA_ on the 28th day of July, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DAVID KNISELEY

# EXHIBIT A





# EXHIBIT B

UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

----------------------------------------X

Cause No. 3:19-cv-00331-FDW-DCK

GLOBAL MERCHANDISING SERVICES, LTD.,

                Plaintiff,

        -against-

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES,

                Defendants.

RAPHAEL QUITON

DECLARATION OF SERVICE
OF SUMMONS, COMPLAINT,
TEMPORARY RESTRAINING
ORDER AND ORDER
OF SEIZURE

DOB 12-2-60
w/M FL DL II
    Q350-720-60-442

----------------------------------------X

J. AVISI (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: 1652 MADISON ST APT 6 HOLLYWOOD FL 33020 (Address of Server) and that on JULY 22, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on:

2 SHIRTS (Name of Party Served) at 707 PAVILLION BLVD (Place of Service) by delivery of true copies thereof personally to that person and seized 2 t-shirts from said person.

Executed at 707 PAVILION BLVD CHARLOTTE NC 28267 on the 22 day of JULY, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                  _____
                                                  SIGNATURE OF SERVER

1

UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

-----------------------------------------X

GLOBAL MERCHANDISING SERVICES, LTD.,

                   Plaintiff,

           -against-

VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,

_Michael Hahn_        Defendants.

-----------------------------------------X

Cause No. 3:19-cv-00331-FDW-DCK

DECLARATION OF SERVICE
OF SUMMONS, COMPLAINT,
TEMPORARY RESTRAINING
ORDER AND ORDER
OF SEIZURE

_G. Holmes P4167_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: _601 E Trade St (CMPD)_

(Address of Server) and that on _July 22_, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on:

_Michael Hahn_ (Name of Party Served) at _707 Pavillion Blvd_

(Place of Service) by delivery of true copies thereof personally to that person and seized _25_ t-shirts from said person.

Executed at _707 Pavillion Blvd Charlotte_ on the _22_ day of _July_, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                   _[signature]_
                                             SIGNATURE OF SERVER

1

UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

-------------------------------------------------X

GLOBAL MERCHANDISING SERVICES, LTD.,

            Plaintiff,

    -against-

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES,

            James John Quiteni    Defendants.

-------------------------------------------------X

Cause No. 3:19-cv-00331-FDW-DCK

DECLARATION OF SERVICE
OF SUMMONS, COMPLAINT,
TEMPORARY RESTRAINING
ORDER AND ORDER
OF SEIZURE

Sgt W. Holmes P4096 (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: 538 Westpoint Garden Cir Winter Garden FL 34787 (Address of Server) and that on July 22, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on: James John Quaiteni (Name of Party Served) at 707 Pavilion Blvd (Place of Service) by delivery of true copies thereof personally to that person and seized 15 t-shirts from said person.

Executed at 707 Pavilion Dr., Charlotte on the 22 day of July, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                              _____
                                              SIGNATURE OF SERVER

1

UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

-------------------------------------------------X

GLOBAL MERCHANDISING SERVICES, LTD.,

                Plaintiff,

          -against-

VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,

                Defendants.

-------------------------------------------------X

Cause No. 3:19-cv-00331-FDW-DCK

DECLARATION OF SERVICE
OF SUMMONS, COMPLAINT,
TEMPORARY RESTRAINING
ORDER AND ORDER
OF SEIZURE

Marshall Ward

C. E. Busic _____ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at:_____

(Address of Server) and that on __7/22/19__, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on:

__Marshall Ward__ (Name of Party Served) at __707 Pavilion Blvd.__

(Place of Service) by delivery of true copies thereof personally to that person and seized __3__ t-shirts from said person.

Executed at __707 Pavilion Blvd__ on the __22__ day of __July__, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                                     SIGNATURE OF SERVER

1

UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

----------------------------------------X    Cause No. 3:19-cv-00331-FDW-DCK

GLOBAL MERCHANDISING SERVICES, LTD.,

DECLARATION OF SERVICE
OF SUMMONS, COMPLAINT,
TEMPORARY RESTRAINING
ORDER AND ORDER
OF SEIZURE

Plaintiff,

-against-

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES,

TRUE CANNON     Defendants.
----------------------------------------X

MAGLIONE (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: 707 Pavillion

(Address of Server) and that on 22 July, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on:

Trve Cannon (Name of Party Served) at 707 Pavilion Blvd.

(Place of Service) by delivery of true copies thereof personally to that person and seized 40 t-shirts from said person.

Executed at 707 Pavilion Blvd Char, on the 22 day of July, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

1

UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

------------------------------------------------X

GLOBAL MERCHANDISING SERVICES, LTD.,

Plaintiff,

-against-

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES,

Fred Gomez     Defendants.

------------------------------------------------X

Cause No. 3:19-cv-00331-FDW-DCK

DECLARATION OF SERVICE
OF SUMMONS, COMPLAINT,
TEMPORARY RESTRAINING
ORDER AND ORDER
OF SEIZURE

Sgt W. Holmes P4096 (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: _____
(Address of Server) and that on July 22, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on:

___Fred Gomez___ (Name of Party Served) at ___707 Pavilion Blvd___
(Place of Service) by delivery of true copies thereof personally to that person and seized _2_ t-shirts from said person.

Executed at 707 Pavilion Blvd, Charlotte NC on the 2? day of July, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Sgt W. Holmes P4096
SIGNATURE OF SERVER

1

UNITED STATES DISTRCT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

-----------------------------------------------------------X   Cause No. 3:19-cv-00331-FDW-DCK

GLOBAL MERCHANDISING SERVICES, LTD.,

**DECLARATION OF SERVICE OF SUMMONS, COMPLAINT, TEMPORARY RESTRAINING ORDER AND ORDER OF SEIZURE**

Plaintiff,

-against-

VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,

Defendants.
-----------------------------------------------------------X

___Joseph Pierri___ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: ___Bklyn N.Y.___ (Address of Server) and that on ___7/27___, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on: ___Chris Maris___ (Name of Party Served) at ___Barclay's Center___ (Place of Service) by delivery of true copies thereof personally to that person and seized __50__ t-shirts from said person.

Executed at ___620 Atlantic Ave Bklyn NY___ on the __27__ day of ___July___, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Cause No. 3:19-cv-00331-FDW-DCK

---------------------------------------------X

GLOBAL MERCHANDISING SERVICES, LTD.,

             Plaintiff,

      -against-

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES,

             Defendants.

---------------------------------------------X

**DECLARATION OF SERVICE OF SUMMONS, COMPLAINT, TEMPORARY RESTRAINING ORDER AND ORDER OF SEIZURE**

_Josh Hayes_ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: _Bklyn N.Y._ (Address of Server) and that on _7/27_, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on: _Javone Singleton_ (Name of Party Served) at _Barclays Center_ (Place of Service) by delivery of true copies thereof personally to that person and seized _14_ t-shirts from said person.

Executed at _620 Atlantic Avenue, Bklyn NY_ on the _27_ day of _July_, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
SIGNATURE OF SERVER

1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---------------------------------------------------------X
GLOBAL MERCHANDISING SERVICES, LTD.,

              Plaintiff,

-against-

VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES,

              Defendants.
---------------------------------------------------------X

Cause No. 3:19-cv-00331-FDW-DCK

DECLARATION OF SERVICE OF SUMMONS, COMPLAINT, TEMPORARY RESTRAINING ORDER AND ORDER OF SEIZURE

__Joseph Perri__ (Name of Server) declares that he/she is not a party to this action, is over the age of 18 years, and resides at: __Bklyn N.Y.__ (Address of Server) and that on __7/27__, 2019, he/she served the Summons, Complaint, Temporary Restraining Order and Order of Seizure in the above captioned action on: __Walter Ramerez__ (Name of Party Served) at __Barclay's Center__ (Place of Service) by delivery of true copies thereof personally to that person and seized __100__ t-shirts from said person.

Executed at __1848__ __Hour__ on the __27__ day of __July__, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                    [signature]
                                    SIGNATURE OF SERVER

1