UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00331-FDW-DCK

| | |
|---|---|
| GLOBAL MERCHANDISING SERVICES, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> VARIOUS JOHN DOES, JANE DOES, AND ABC COMPANIES, <br><br> Defendant. | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss (Doc. No. 12). Plaintiff, having moved to dismiss the above-captioned action, IT IS HEREBY ORDERED:

1. The above-captioned action is DISMISSED WITHOUT PREJUDICE;

2. The Clerk of Court is respectfully DIRECTED to return the $5,000.00 cash bond to Plaintiff Global Merchandising Services, LLC, c/o Plaintiff's counsel, Kenneth A. Feinswog, 400 Corporate Pointe, Suite 300, Culver City, California 90230; and

3. Plaintiff is authorized to dispose of any merchandise seized in the above-captioned action.

IT IS SO ORDERED.

Signed: May 21, 2020

Frank D. Whitney
Chief United States District Judge